Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Emerose Agatep

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMEROSE AGATEP,<br><br>               Plaintiff,<br><br>   v.<br><br><br>MACY'S, INC.,<br><br>               Defendant. | Case No.: 5:17-cv-04074-NC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MACY'S, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:       Hon. Nathanael M. Cousins |

**PLEASE TAKE NOTICE** that Plaintiff Emerose Agatep, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Macy's, Inc., with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    a)   Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1)   A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

Defendant Macy's, Inc. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: December 12, 2017          **Sagaria Law, P.C.**

                                By:     */s/ Elliot Gale*
                                        Elliot Gale
                                        Attorney for Plaintiff Emerose Agatep